IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK T. SMITH,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,[1] Commissioner of Social Security;<br><br>        Defendant. | 8:18CV491<br><br>**ORDER** |

Pursuant to the Memorandum and Order (Filing No. 18), judgment is entered in favor of the plaintiff and against the defendant.

Dated this 29th day of October, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

---

[1] Andrew Saul was sworn in as Commissioner of Social Security on June 17, 2019, for a six-year term that expires on January 19, 2025. He is substituted for Carolyn W. Colvin, former Commissioner, and/or Nancy A. Berryhill, former acting Commissioner, as Defendant.