IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK T. SMITH,<br><br>          Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security;<br><br>          Defendant. | 8:18CV491<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date (Filing No. 28) judgment for attorney fees is entered in favor of plaintiff in the amount of $10,500 under 42 U.S.C. § 406(b) payable to counsel Timothy Cuddigan who will then effectuate the return of the Equal Access to Justice Act fee award ($1,764.38) under 28 U.S.C. § 2412(d) to Mr. Smith and disburse to Mr. Kappelman his portion of the 406(b) award.

Dated this 9th day of September, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge